# ELECTRONIC RECORD

1641-14

COA # 14-13-00742-CR

OFFENSE: Aggravated Assault

STYLE: Kirby Hall a/k/a Kendell Davis v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 228th District Court

DATE: November 13, 2014   Publish: No

TC CASE #:1394653

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Kirby Hall a/k/a Kendell Davis v The State of Texas

CCA # _____

___APPELLANT'S___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: ___02/25/2015___

JUDGE: _____

CCA Disposition: **1641-14**

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD